EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| Ex parte | |
|---|---|
| Lemuel Velilla Reyes | 2017 TSPR 5 |
| | 197 DPR ____ |

Número del Caso: TS-5411


Fecha: 9 de enero de 2016


Abogado de la Parte Peticionaria:

      Por Derecho Propio


Oficina de Inspección de Notarías:

      Lcdo. Manuel E. Ávila de Jesús
      Director


Materia: Conducta Profesional – La Suspensión será efectiva una vez advenga final y firme la Sentencia conforme a la Regla 45 del Reglamento del Tribunal Supremo sobre reconsideración.


Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Ex parte

Lemuel Velilla Reyes                 **Núm.** TS-5411

RESOLUCIÓN

San Juan, Puerto Rico, a 9 de enero de 2017

Evaluada la *Moción en cumplimiento de orden* presentada por el Lcdo. Lemuel Velilla Reyes, se ordena la suspensión provisional de éste, tanto del ejercicio de la abogacía como de la notaría. Asimismo, se le ordena a mantenernos informados sobre el estado del procesamiento penal que obra en su contra en el caso U.S. vs. Velilla Reyes, Criminal No. 14-556 (DRD), 15-410 (DRD). Se le apercibe que, de ser confirmada la condena, procederá su suspensión indefinida de la profesión legal.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo. El Juez Asociado señor Estrella Martínez no intervino.

Juan Ernesto Dávila Rivera
Secretario del Tribunal Supremo